

Mark D. Hackett
William H. Hannah
John C. Harrison
Everett L. Hixson, Jr.
Everett L. Hixson, III
Timothy L. Mickel
Maury Nicely
Scott M. Shaw
Christopher T. Varner

David R. Evans (Retired)

Scott M. Shaw
Partner
Email: sshaw@ehhlaw.com

April 22, 2022

Jeffrey K. Douglass, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
*Via email: jkd@mmmlaw.com*

Re:   Peachtree Hotel Group – Hotel Development Project in Lexington, KY

Dear Mr. Douglass:

This firm serves as counsel to CBL Fayette Hotel Member, LLC. As you know, my client is s party to a number of contracts with your clients Peachtree Hotel Group II, LLC and PHG Lexington Fayette, LLC (among others) relative to the development of a hotel in Lexington, Kentucky. I am aware that you have seen the demand letter from my client to yours dated February 7, 2022, and I have reviewed your response to the same, dated March 17, 2022. As regards your response, I would respectfully disagree with your assertions set forth therein. At no time has my client breached the Contribution Agreement, and your clients were in no way relieved of their obligation to perform under the terms of the several agreements relative to the hotel development. As such, my client is entitled to be reimbursed by your client for its costs, consistent with the formula set forth in the September 18, 2018 letter agreement. The costs incurred by my client and its affiliates in relocating the two tenants from the subject property total $851,224. If payment in full of this amount[1] is not received by close of business on May 3, 2022, be aware that this firm will be authorized to file the attached Complaint in the United States District Court for the Northern District of Georgia. Thank you in advance for your attention to this matter.

Very truly yours,

Scott M. Shaw
For the Firm

SMS/ks

---

[1] The September 18, 2018 Letter Agreement provides that the Reimbursement Amount is subject to a credit to your clients for certain out-of-pocket costs incurred by your clients. If your clients will submit their list of claimed out-of-pocket costs, my client will give them an appropriate credit for the same.

ONE CENTRAL PLAZA, SUITE 800 • 835 GEORGIA AVENUE • CHATTANOOGA, TN 37402 • (423) 648-7890
WWW.EHHLAW.COM

**Exhibit D**